# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 18-51-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **CODY DAVID PAINE,** | |
| **Defendant.** | |

Upon unopposed motion of the United States and for good cause shown, IT IS ORDERED that the forfeiture allegation contained in the indictment is DISMISSED.

DATED this 3rd day of December, 2018.

_____
Brian Morris
United States District Court Judge

1